Thomas W. LOVEGROVE,
Plaintiff-Appellant,

v.

BROCK & SCOTT, PLLC,
Defendant-Appellee.

No. 17-1615

United States Court of Appeals,
Fourth Circuit.

Submitted: September 28, 2017

Decided: October 11, 2017

Gary M. Bowman, Roanoke, Virginia, for
Appellant. Terry C. Frank, Benjamin A.
Wills, KAUFMAN & CANOLES, P.C.,
Richmond, Virginia, for Appellee.

Before NIEMEYER, DIAZ, and
HARRIS, Circuit Judges.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Thomas W. Lovegrove appeals from the
district court's orders: (1) dismissing his

complaint asserting claims under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692a(e) (2012), and fraud; and (2) denying his motions for reconsideration, Fed. R. Civ. P. 59(e) and for leave to file an amended complaint. We have reviewed the record included on appeal, as well as the parties' briefs, and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Lovegrove v. Brock & Scott, PLLC*, No. 2:16-cv-00418-HCM-LRL, 2017 WL 216698, 2017 WL 216698 (E.D. Va. Jan. 17, 2017; Apr. 6, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*